STATE OF NEW JERSEY v. WALTER ZURASKI.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL MCCOMBS.

February 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL GEORGE BIBBY.

February 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN L. LANDRUM.

February 1, 1988.

Petition for certification denied.